United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANDRA RAMIREZ,

    Plaintiff,

  v.

AVALONBAY COMMUNITIES, INC., and DOES 1-50, inclusive,

    Defendants.

/

No. C 14-04211 WHA

**ORDER GRANTING IN PART STIPULATED REQUEST FOR EXTENSION**

    Plaintiff's response to defendant's motion for summary judgment was due on August 19. On August 25, the parties filed a stipulation seeking an extensions of the deadlines for the response and the reply briefs on that motion but provided no explanation for plaintiff's tardiness in responding in the first instance or in seeking this extension. The deadlines shall be extended as follows: plaintiff's response is due on **MONDAY AUGUST 31, AT NOON**; defendant's reply is due on **MONDAY SEPTEMBER 7, AT NOON**. If no brief is timely filed, this case will be dismissed for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: August 25, 2015.

                                     WILLIAM ALSUP
                                     UNITED STATES DISTRICT JUDGE