IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANDRA RAMIREZ,

    Plaintiff,

  v.

AVALONBAY COMMUNITIES, INC., and DOES 1–50, inclusive,

    Defendants.

No. C 14-04211 WHA

**FINAL JUDGMENT**

An order granted defendant's motion for summary judgment (Dkt. No. 65). Final judgment is hereby entered in favor of defendant.

**IT IS SO ORDERED.**

Dated: September 28, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE